**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

ANDREW J. R.,

                          Plaintiff,          5:18-CV-0018
                                             (CFH)

      v.

NANCY A. BERRYHILL, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.
_____

**APPEARANCES:**                   **OF COUNSEL:**

Olinsky Law Group               HOWARD D. OLINSKY, ESQ.
300 S. State Street, Ste. 420
Syracuse, New York 13202
Attorneys for plaintiff

Social Security Administration     LORIE E. LUPKIN, ESQ.
Office of Regional General Counsel,
Region II
26 Federal Plaza
New York, New York 10278
Attorneys for defendant

Social Security Administration     LUCY WEILBRENNER, ESQ.
625 JFK Building
15 New Sudbury Street
Boston, Massachusetts 02203
Attorneys for defendant

## ORDER[1]

     Plaintiff Andrew J. R. brings this action pursuant to 42 U.S.C. § 405(g) seeking

_____

[1]     Parties consented to review of this matter by a Magistrate Judge pursuant to 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, N.D.N.Y. Local Rule 72.2(b), and General Order 18.  See Dkt. No.4

review of a decision by the Commissioner of Social Security ("Commissioner" or "defendant") denying his applications for supplemental security income benefits ("SSI") and disability insurance benefits.  Dkt. No. 1 ("Compl.").  Plaintiff moves for a finding of disability, and the Commissioner "requests remand of this case for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g)."  Dkt. Nos. 9, 13.  The Commissioner contends that remand is needed "because the Commissioner improperly failed to consider Plaintiff's episodes of decompensation." Dkt. No. 13 at 1.

After review of the parties' filings, the Court finds that remand is appropriate. Accordingly, the matter will be remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. 405(g) to allow for consideration of plaintiff's episodes of decompensation.

**WHEREFORE**, it is hereby

**ORDERED**, that plaintiff's Motion for Judgment on the Pleadings (Dkt. No. 9) is **GRANTED**, and the matter is **REVERSED** and **REMANDED** to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED**.

Dated: February 21, 2019
       Albany, New York

Christian F. Hummel
U.S. Magistrate Judge

2